UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 20-20193-KMM

UNITED STATES OF AMERICA,
  Plaintiff,

vs.

SILVIO ARBOLEDA,
  Defendant.
_____/

## DEFENDANT, SILVIO ARBOLEDA'S, SENTENCING MEMORANDUM and MOTION FOR DOWNWARD VARIANCE

Silvio Arboleda, by and through his undersigned counsel, hereby files this Sentencing Memorandum and Motion for a Downward Variance under 18 U.S.C. § 3553(a).

### SUMMARY OF THE SENTENCING ARGUMENT

This Court should vary downward slightly from the guideline range to a sentence of 10 years for this hardworking family man who took responsibility for his role in this offense.

### I. BACKGROUND and PERSONAL HISTORY OF SILVIO ARBOLEDA

Silvio Arboleda is a 55 year old family man who lives in a tiny town on the Naya River, a rural area in Colombia. Mr. Arboleda has a long history of working since he was a child in hard, arduous jobs such as a miner, construction and agriculture. Through this hard work he supports his elderly father, his children, his fiancé and he has taken on his fiance's child as his own.

Mr. Arboleda has never been to the United States. He was brought here after being arrested from a boat in the Pacific Ocean. He is now in a jail in a foreign land, cutoff from almost all communication with his family who does not have regular access to the telephone and no longer has his income and support. This is a unique mental punishment different from the situation of most federal inmates.

1

At this time, Mr. Arboleda suffers from medical problems such as high blood pressure for which he is now prescribed medication from FDC and when he was a younger man had suffered from Tuberculosis, which is a serious lung disease.

## II. REQUEST FOR DOWNWARD VARIANCE

The 18 U.S.C. § 3553(a) factors should also be considered when determining the appropriate sentence for Silvio Arboleda. In United States v. Booker, 125 S.Ct. 738 (2005), the Supreme Court excised that part of the Sentencing Reform Act that made the guidelines mandatory and modified it to make the Guidelines effectively advisory. It requires a sentencing court to consider Guideline ranges, but it permits the court to tailor the sentence in light of other statutory concerns as well. 18 U.S.C. § 3553(a) now governs federal sentencing. It requires courts to "impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph 2."

In this case, Mr. Arboleda quickly took responsibility for his actions and agreed to waive Indictment. Furthermore, he has met the requirements of the Safety Valve. In addition, Mr. Arboleda and the Government reached a plea agreement and are jointly and respectfully recommending the Court impose the 10 year minimum mandatory sentence, which the parties believe is sufficient, but not greater than necessary under the specific factors in this case related to this Defendant.

WHEREFORE, the Defendant, Silvio Arboleda, requests this Court take into consideration the foregoing circumstances and legal authorities in determining an appropriate and just sentence for him.

Respectfully submitted,

Counsel for Silvio Arobleda
SHERRI A. ROMANO, P.A

2103 Coral Way Suite 304
Miami, FL 33245
Tel: 305-441-9858
Fax: 866-624-1721
E-mail: sromano@sarpalaw.com
BY: /s/ Sherri A. Romano
Florida Bar No.: 317380

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __1__ day of _February_____, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

BY: /s/ Sherri A Romano